UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TORI GANDIA | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:21-cv-1275 |
| | § | |
| USAC AIRWAYS 693, LLC, | § | |
| | § | |
| *Defendant.* | § | |

**DEFENDANT USAC AIRWAYS 693, LLC'S INDEX OF DOCUMENTS FILED WITH REMOVAL**

Exhibit A    -    Index of Documents

Exhibit B    -    State Court Docket Sheet.

Exhibit C    -    Plaintiff's Original Petition

Exhibit D    -    Civil Cover Sheet for Dallas County

Exhibit E    -    Letter to request citation for service

Exhibit

A

Exhibit

B

## Case Information

DC-21-04886 | TORI GANDIA vs. USAC AIRWAYS 693, LLC

Case Number
DC-21-04886

Court
298th District Court

Judicial Officer
TOBOLOWSKY, EMILY

File Date
04/19/2021

Case Type
EMPLOYMENT

Case Status
OPEN

## Party

PLAINTIFF
GANDIA, TORI

Active Attorneys ▼
Lead Attorney
CROUCH, JOHN HENRY
Retained

DEFENDANT
USAC AIRWAYS 693, LLC

Address
THROUGH SECRETARY OF STATE
3405 AIRPORT RD. SUITE 207 HANGER B
ALLENTOWN PA 18109

## Events and Hearings

APP 2

| | |
|---|---|
| 04/19/2021 NEW CASE FILED (OCA) - CIVIL | |

04/19/2021 ORIGINAL PETITION ▾

ORIGINAL PETITION

04/19/2021 CASE FILING COVER SHEET ▾

COVER SHEET

04/27/2021 REQUEST FOR SERVICE ▾

CORRESPONDENCE LETTER

04/27/2021 ISSUE CITATION COMM OF INS OR SOS

05/05/2021 CITATION SOS/COI/COH/HAG ▾

Unserved

Anticipated Server
ESERVE

Anticipated Method
Comment
USAC AIRWAYS 693, LLC

## Financial

GANDIA, TORI

| | | | | |
|---|---|---|---|---|
| Total Financial Assessment | | | | $304.00 |
| Total Payments and Credits | | | | $304.00 |
| 4/21/2021 | Transaction Assessment | | | $292.00 |
| 4/21/2021 | CREDIT CARD - TEXFILE (DC) | Receipt # 24499-2021-DCLK | GANDIA, TORI | ($292.00) |
| 4/29/2021 | Transaction Assessment | | | $12.00 |
| 4/29/2021 | CREDIT CARD - TEXFILE (DC) | Receipt # 26630-2021-DCLK | GANDIA, TORI | ($12.00) |

**APP 3**

## Documents

COVER SHEET

ORIGINAL PETITION

CORRESPONDENCE LETTER

**APP 4**

FILED
4/19/2021 1:38 PM
FELICIA PITRE
DISTRICT CLERK
DALLAS CO., TEXAS
Alicia Mata DEPUTY

NO. DC-21-04886 / _____

| | | |
|---|---|---|
| **TORI GANDIA,** | § | IN THE DISTRICT COURT |
| **Plaintiff,** | § | |
| vs. | § | OF DALLAS COUNTY, TEXAS |
| **USAC AIRWAYS 693, LLC,** | § | |
| **Defendant.** | § | 298th \_\_\_ JUDICIAL DISTRICT |



Exhibit C

## PLAINTIFF'S ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

Now comes Plaintiff, Tori Gandia ("Gandia" or "Plaintiff") and files this her Original Petition against USAC Airways 693 LLC, a.k.a. Discovery Jets ("Discovery Jets" or "Defendant") and in support thereof would show the Court as follows:

I.

### Introduction

1.01    Plaintiff would show the Court that Defendant wrongfully terminated her employment. This termination was done in violation of the Texas Labor Code due to gender discrimination and in retaliation for a report of sexual harassment, as well as for making a safety complaint (which is being brought before OSHA).

1.02    Pursuant to Rule 47 of the Texas Rules of Civil Procedure, Plaintiff seeks monetary relief over $200,000 but not more than $1,000,000.

II.

### Parties

2.01    Gandia is an individual currently residing in the State of Texas.  She may be contacted through the undersigned counsel. The last three digits of Plaintiff's social security number

are 6697.

2.02    Defendant, USAC Airways 693, LLC d.b.a. Discovery Jets ("Discovery Jets"), is a Pennsylvania corporation with its principal place of business located at 3405 Airport Rd Suite 207 – Hanger B, Allentown, PA 18109. Claimant was based at a facility at 5900 NW24th Way, Hanger 8, Fort Lauderdale, FL 33309, but performed assignments covering many states, including Texas where she resides. Respondent has Texas clients, and provided air services within the State of Texas. Such defendant has done business in the State of Texas by virtue of recruiting a Texas resident, directly or through an intermediary located in this state, for employment inside or outside this state, and by contracting with a Texas resident for performance of a contract to be performed in part in this state. Tex. Civ. Prac. & Rem. Code §17.042. By virtue of such activity and the conduct more particularly described herein, such defendant is deemed to have appointed the Secretary of State of Texas as its agent for service of process. Defendant may therefore be served by delivering duplicate copies of the citation and petition herein to the Secretary of State as agent for such defendant. Such process may be forwarded by the Secretary of State by registered or certified mail to the address given above for the home office.

### III.

### Jurisdiction and Venue

3.01    This Court has jurisdiction because the amount in controversy exceeds the jurisdictional minimum for this Court.

3.02    Venue is proper in Dallas County, Texas by virtue of the fact that all or part of the cause of action accrued in Dallas County. Tex. Civ. Prac. & Rem. Code §15.002.

IV.

**Request for Disclosure**

4.01     Pursuant to Rule 194, you are requested to disclose within fifty (50) days of service of this Petition and Request for Disclosure the information or material described in Rule 194(a)-(l) of the Texas Rules of Civil Procedure.

V.

**Factual Background**

5.01     Complainant was hired by USAC Airways 693 d.b.a. Discovery Jets, a private aircraft rental and management company, in approximately Oct. 2019.  Complainant was hired to work as a first officer pilot and/or co-pilot on an executive Citation X jet based out of Fort Lauderdale, Florida with clients located across the country including in Dallas and Houston, Texas.

5.02 Complainant began working under Bradley Wernke after his promotion to Captain in approximately March of 2020. In this new position, Capt. Wernke started engaging in sexually harassing behavior directed towards complainant which was reported on multiple occasions to the Director of Operations and the Chief Pilot.   For example, Wernke would tell Claimant how "he knew we would be together one day," and would hit her rear end when she leaned over in the cockpit. On another occasion, Claimant was cleaning the back of the airplane when Wernke blocked the only exit, and demanded a kiss before she could pass.  On a separate occasion, Wernke stopped her in the aisle of the airplane, grabbed her arm and made her touch his private parts. Claimant rebuffed Wernke's advances, but that only caused him to become belligerent and verbally demeaning.  He would say things such as "You are an idiot and know nothing," and "You will only speak when I say so in the middle of a flight."

5.03     Claimant had reason to be concerned for her personal safety.  Wernke had a criminal

record for domestic violence and could not fly to Canada due to a second charge filed against him in that jurisdiction.

5.04   Wernke's behavior also became a safety threat to the passengers. During the summer of 2020, Plaintiff worked with Captain Wernke seeking approval for op specs for Caribbean flying with the FAA. Despite passing her portion, Capt. Bradley failed his portion requiring rechecks at a later date. Aware of deficiencies and protocol, Capt. Wernke refused to allow First-Officer Gandia to brief approaches and limited her radio calls endangering the flight path and safety of ground civilians and aircraft of intersecting flight routes.

5.05 Following incidents of endangerment and sexual harassment, Complainant filed a complaint with the FAA and with internal HR after complaints to the COO and Chief Pilot were ignored. This placed Discovery Jets under official investigation. Respondent Discovery Jets terminated Plaintiff's employment in retaliation. Plaintiff was notified that they were parking her aircraft despite immediately hiring two new Citation X pilots. Plaintiff was told she was fired because she couldn't "get along" with the Captain of the flight. Obviously, the reason she could not "get along" was that he wanted her to acquiesce to his desire to violate FAA safety regulations and reciprocate his sexual advances.

5.06   Complainant was discharged from her job in approximately August 2020. She was informed that no other planes were available for her work and no furlough option was available despite such offering to all other employees present in the company. Thus, she was treated more adversely than other pilots.

## VI.

## First Count

## <u>Texas Labor Code</u>

6.01    Plaintiff incorporates the foregoing provisions as though set forth herein verbatim.

6.02    Plaintiff is a female who worked for Defendant as a pilot, and who engaged in protected activity under the Texas Labor Code by reporting sexual harassment.

6.03    Defendant is an "employer" within the meaning of the Texas Labor Code. Plaintiff jointly filed a charge of discrimination with the EEOC and TWC, and has since received a "right to sue letter" and "Notice of Right to File Civil Action." Plaintiff files this action within within 60 days of her letter from the TWC.

6.04    Defendant has intentionally discriminated against Plaintiff in the terms and conditions of her employment by failing to stop reported sexual harassment or conduct a meaningful investigation. The harassment was severe and pervasive, and Plaintiff reported it in good faith. The harassment was continuing in nature over a period of time until termination.

6.05    Defendant then terminated Plaintiff because of her sex and because she engaged in protected conduct. The male harasser was not disciplined or terminated, as far as Plaintiff is aware.

6.06    Such discrimination by Defendant against Plaintiff was intentional. Accordingly, Plaintiff is entitled to recover damages from Defendant for back pay, front pay, benefits, future pecuniary losses, including retirement pay, emotional pain and suffering, inconvenience, loss of enjoyment of life, other non-pecuniary losses and compensatory damages under state law. Plaintiff is also entitled to recover all costs of court and attorney's fees.

## VII.

## **Jury Demand**

7.01    Plaintiff demands trial by jury of all claims asserted herein.

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays the Court cite Defendant to appear and answer this Petition and that on final hearing Plaintiff have judgment for the following categories of relief:

1)  Judgment for back pay and front pay and all past and future lost benefits against the Company;

2)  Non-pecuniary damages for mental and emotional distress, loss of enjoyment of life, and inconvenience Plaintiff has experienced and endured as a result of the discriminatory actions of the Company, as well as punitive damages as allowed by law;

3)  The costs and expenses incurred by Plaintiff in seeking new employment;

4)  Reinstatement to Plaintiff's job with appropriate injunctive relief to prevent further retaliation and intimidation, or in the alternative, front pay;

5)  Prejudgment and post-judgment interest at the maximum legal rate;

6)  Attorney's fees;

7)  Experts' fees;

8)  All costs of court; and

9)  Such other and further relief to which Plaintiff may be justly entitled.

Dated:   April 13, 2021.

        Respectfully submitted,

        **KILGORE & KILGORE**, **PLLC**

        By:_____/s/ *John H. Crouch, IV*_____
            John H. Crouch, IV
            SBN 00783906
            jhc@kilgorelaw.com

        3109 Carlisle
        Dallas, Texas  75204-2471
        214/969-9099 - Telephone
        214/953-0677 - Facsimile

        **ATTORNEYS FOR PLAINTIFF**
        **TORI GANDIA**

Case 3:21-cv-01275-S   Document 1-1   Filed 06/03/21   Page 12 of 14   PageID 16

FILED
4/19/2021 1:38 PM
FELICIA PITRE
DISTRICT CLERK
DALLAS CO. TEXAS
ALICIA MATA DEPUTY

# CIVIL CASE INFORMATION SHEET

DC-21-04886

**CAUSE NUMBER** *(FOR CLERK USE ONLY)*: _____   **COURT** *(FOR CLERK USE ONLY)*: _____

**STYLED** Tori Gandia v. USAC Airways 693, LLC
(e.g., John Smith v. All American Insurance Co; In re Mary Ann Jones; In the Matter of the Estate of George Jackson)

A civil case information sheet must be completed and submitted when an original petition or application is filed to initiate a new civil, family law, probate, or mental health case or when a post-judgment petition for modification or motion for enforcement is filed in a family law case. The information should be the best available at the time of filing.

### 1. Contact information for person completing case information sheet:

Name: John H. Crouch, IV
Email: jhc@kilgorelaw.com
Address: 3109 Carlisle St.
Telephone: 214-379-0811
City/State/Zip: Dallas, TX 75204
Fax: 214-379-0844
Signature: /s/ John Crouch
State Bar No: 00783906

### Names of parties in case:

Plaintiff(s)/Petitioner(s): Tori Gandia

Defendant(s)/Respondent(s): USAC Airways 693, LLC

[Attach additional page as necessary to list all parties]

### Person or entity completing sheet is:
[X] Attorney for Plaintiff/Petitioner
[ ] Pro Se Plaintiff/Petitioner
[ ] Title IV-D Agency
[ ] Other: _____

Additional Parties in Child Support Case:
Custodial Parent: _____
Non-Custodial Parent: _____
Presumed Father: _____

**Exhibit D**

### 2. Indicate case type, or identify the most important issue in the case *(select only 1)*:

| Civil | | | Family Law | |
|---|---|---|---|---|
| **Contract** | **Injury or Damage** | **Real Property** | **Marriage Relationship** | **Post-judgment Actions (non-Title IV-D)** |
| *Debt/Contract* | [ ] Assault/Battery | [ ] Eminent Domain/Condemnation | [ ] Annulment | [ ] Enforcement |
| [ ] Consumer/DTPA | [ ] Construction | [ ] Partition | [ ] Declare Marriage Void | [ ] Modification—Custody |
| [ ] Debt/Contract | [ ] Defamation | [ ] Quiet Title | *Divorce* | [ ] Modification—Other |
| [ ] Fraud/Misrepresentation | *Malpractice* | [ ] Trespass to Try Title | [ ] With Children | **Title IV-D** |
| [ ] Other Debt/Contract: | [ ] Accounting | [ ] Other Property: | [ ] No Children | [ ] Enforcement/Modification |
| | [ ] Legal | | | [ ] Paternity |
| *Foreclosure* | [ ] Medical | | | [ ] Reciprocals (UIFSA) |
| [ ] Home Equity—Expedited | [ ] Other Professional Liability: | | | [ ] Support Order |
| [ ] Other Foreclosure | | **Related to Criminal Matters** | **Other Family Law** | **Parent-Child Relationship** |
| [ ] Franchise | [ ] Motor Vehicle Accident | [ ] Expunction | [ ] Enforce Foreign Judgment | [ ] Adoption/Adoption with Termination |
| [ ] Insurance | [ ] Premises | [ ] Judgment Nisi | [ ] Habeas Corpus | [ ] Child Protection |
| [ ] Landlord/Tenant | *Product Liability* | [ ] Non-Disclosure | [ ] Name Change | [ ] Child Support |
| [ ] Non-Competition | [ ] Asbestos/Silica | [ ] Seizure/Forfeiture | [ ] Protective Order | [ ] Custody or Visitation |
| [ ] Partnership | [ ] Other Product Liability List Product: | [ ] Writ of Habeas Corpus—Pre-indictment | [ ] Removal of Disabilities of Minority | [ ] Gestational Parenting |
| [ ] Other Contract: | | [ ] Other: | [ ] Other: | [ ] Grandparent Access |
| | [ ] Other Injury or Damage: | | | [ ] Parentage/Paternity |
| | | | | [ ] Termination of Parental Rights |
| **Employment** | **Other Civil** | | | [ ] Other Parent-Child: |
| [X] Discrimination | [ ] Administrative Appeal | [ ] Lawyer Discipline | | |
| [X] Retaliation | [ ] Antitrust/Unfair Competition | [ ] Perpetuate Testimony | | |
| [X] Termination | [ ] Code Violations | [ ] Securities/Stock | | |
| [ ] Workers' Compensation | [ ] Foreign Judgment | [ ] Tortious Interference | | |
| [ ] Other Employment: | [ ] Intellectual Property | [ ] Other: | | |

| Tax | Probate & Mental Health | |
|---|---|---|
| [ ] Tax Appraisal | *Probate/Wills/Intestate Administration* | [ ] Guardianship—Adult |
| [ ] Tax Delinquency | [ ] Dependent Administration | [ ] Guardianship—Minor |
| [ ] Other Tax | [ ] Independent Administration | [ ] Mental Health |
| | [ ] Other Estate Proceedings | [ ] Other: |

### 3. Indicate procedure or remedy, if applicable *(may select more than 1)*:
[ ] Appeal from Municipal or Justice Court    [ ] Declaratory Judgment    [ ] Prejudgment Remedy
[ ] Arbitration-related    [ ] Garnishment    [ ] Protective Order
[ ] Attachment    [ ] Interpleader    [ ] Receiver
[ ] Bill of Review    [ ] License    [ ] Sequestration
[ ] Certiorari    [ ] Mandamus    [ ] Temporary Restraining Order/Injunction
[ ] Class Action    [ ] Post-judgment    [ ] Turnover

### 4. Indicate damages sought *(do not select if it is a family law case)*:
[ ] Less than $100,000, including damages of any kind, penalties, costs, expenses, pre-judgment interest, and attorney fees
[ ] Less than $100,000 and non-monetary relief
[ ] Over $100,000 but not more than $200,000
[X] Over $200,000 but not more than $1,000,000
[ ] Over $1,000,000

APP 12

# Instructions for Completing the Texas Civil Case Information Sheet

A civil case information sheet must be completed and submitted when an original petition or application is filed to initiate a new civil, family law, probate, or mental health case or when a post-judgment petition for modification or motion for enforcement is filed in a family law case. The information should be the best available at the time of filing. If the original petition, application or post-judgment petition or motion is e-filed, the case information sheet must not be the lead document.

This sheet, required by Rule 78a of the Texas Rules of Civil Procedure, is intended to collect information that will be used for statistical and administrative purposes only. It neither replaces nor supplements the filings or service of pleading or other documents as required by law or rule. The sheet does not constitute a discovery request, response, or supplementation, and it is not admissible at trial.

The attorney or self-represented (*pro se*) plaintiff/petitioner filing the case or post-judgment petition or motion should complete the sheet as follows:

1. **Contact information**

    a) **Contact information for person completing case information sheet.** Enter the following information:
    - name;
    - address;
    - city, state, and zip code;
    - email address;
    - telephone number;
    - fax number, if available;
    - State Bar number, if the person is an attorney; and
    - signature. (*NOTE: When a case information sheet is submitted electronically, the signature may be a scanned image or "/s/" and the name of the person completing the case information sheet typed in the space where the signature would otherwise appear.*)

    b) **Names of parties in the case.** Enter the name(s) of the:
    (*NOTE: If the name of a party to a case is confidential, enter the party's initials rather than the party's name.*)
    - plaintiff(s) or petitioner(s);
    - defendant(s) or respondent(s); and
    - in child support cases, additional parties in the case, including the:
        - custodial parent;
        - non-custodial parent; and
        - presumed father.

    Attach an additional page as necessary to list all parties.

    c) **Person or entity completing sheet is.** Indicate whether the person completing the sheet, or the entity for which the sheet is being completed, is:
    - an attorney for the plaintiff or petitioner;
    - a *pro se* (self-represented) plaintiff or petitioner;
    - the Title IV-D agency; or
    - other (provide name of person or entity).

2. **Case type.**
    Select the case category that best reflects the most important issue in the case. *You must select only one.*

3. **Procedure or remedy.**
    If applicable, select any of the available procedures or remedies being sought in the case. You may select more than one.

4. **Damages sought.**
    Select the damages being sought in the case:
    (*NOTE: If the claim is governed by the Family Code, do **not** indicate the damages sought.*)
    - only monetary relief of $100,000 or less, including damages of any kind, penalties, costs, expenses, pre-judgment interest and attorney fees;
    - monetary relief over $100,000 or less and non-monetary relief;
    - monetary relief over $100,000 but nor more than $200,000;
    - monetary relief over $200,000 but less than $1,000,000; or
    - monetary relief over $1,000,000.

**APP 13**

1 CIT SOS ES

Case 3:21-cv-01275-S   Document 1-1   Filed 06/03/21   Page 14 of 14   PageID 18

FILED
4/27/2021 6:13 PM
FELICIA PITRE
DISTRICT CLERK
DALLAS CO., TEXAS
Kayla Buckley DEPUTY

**KILGORE LAW**

John H. Crouch, IV
*Board Certified in
Labor & Employment Law*
jhc@kilgorelaw.com
214-379-0811 – direct dial
214-379-0844 – direct fax

Exhibit

E

April 27, 2021

**Via E-File**
**Dallas County District Clerk**
600 Commerce St. #103
Dallas, TX 75202

Re:   *Tori Gandia v. USAC Airways 693, LLC*
      Case # DC-21-04886

Dear Whom It May Concern:

I am requesting a citation for service to the Secretary of State of case # DC-21-04886 to be sent to jhc@kilgorelaw.com and krc@kilgorelaw.com. Please let me know if you need additional information.

Best regards,

/s/ John H. Crouch, IV

John H. Crouch, IV

Kilgore & Kilgore PLLC  3109 Carlisle Street   Dallas TX 75204-1194
By Appointment   30 Wall Street   8th Floor  New York NY 10005-2205

kilgorelaw.com

APP 14