# United States District Court
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| TORI GANDIA | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:21-CV-1275-S |
| | § | |
| USAC AIRWAYS 693, LLC | § | |

## ORDER

This Order addresses the parties' Joint Motion for Dismissal with Prejudice ("Joint Motion to Dimsiss") [ECF No. 32]. Upon review and consideration of the Joint Motion to Dismiss, the Court **GRANTS** the Joint Motion to Dismiss. All claims that Plaintiff asserts, or could have asserted, against Defendant in this lawsuit are hereby **DISMISSED WITH PREJUDICE**. Each party will bear their own attorneys' fees and costs. All relief not expressly granted is **DENIED**.

**SO ORDERED.**

SIGNED April 5, 2022.

KAREN GREN SCHOLER
UNITED STATES DISTRICT JUDGE